IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MONIQUE JEFFERSON, individually and as                                    PLAINTIFFS
parent and next friend of Larry Morant, Jr., a minor,
and Jamarion Morant, a minor; and
LARRY MORANT, SR., individually and as
parent and next friend of Larry Morant, Jr., a minor,
and Jamarion Morant, a minor

v.                                       No. 2:11CV00084 JLH

PATRICK ALLEN; and
KYA TRANSPORT, INC.                                                       DEFENDANTS

## ORDER

      The parties notified the Court that this matter was settled on December 1, 2011, and that they were in the process of obtaining approval of the settlement on behalf of two minors from the Phillips County Probate Court. To date, that approval has not been obtained. The Court directs the Clerk to terminate this matter administratively. If the Probate Court of Phillips County fails to approve the settlement, any party may move to reopen this action within thirty days after that action by the Probate Court. If the Probate Court of Phillips County approves the settlement, or if the Probate Court of Phillips County disapproves the settlement but no party files a motion to reopen this matter within thirty days after that decision, this administrative termination will constitute a dismissal with prejudice.

      IT IS SO ORDERED this 25th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE